THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOWHEAD OPERATIONS & MAINTENANCE SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ENDURANCE AMERICAN INSURANCE CO., *et al.*, <br><br> Defendants. | CASE NO. C21-0909-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff previously moved for partial summary judgment in this action. (Dkt. No. 28.) Defendants Endurance American Insurance Co, Liberty Mutual Insurance Co, Starr Indemnity and Liability Company, US Specialty Insurance Co. have since filed a cross motion for summary judgment (Dkt. No. 41). In the interest of judicial efficiency, the Court will consider these motions concurrently. The Clerk is, therefore, DIRECTED to renote Docket Number 28 to March 25, 2022. However, the briefing schedule for each motion is *unchanged*. The deadlines for the response and reply briefs regarding these motions are based upon Local Civil Rule 7(d), as applied to the *original* noting dates.

//

DATED this 7th day of March 2022.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Sandra Rawski<br>
Deputy Clerk