THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOWHEAD OPERATIONS & MAINTENANCE SOLUTIONS LLC,<br><br>                Plaintiff,<br>   v.<br><br>ENDURANCE AMERICAN INSURANCE CO, *et al.*,<br><br>                Defendants. | CASE NO. C21-0909-JCC-JRC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff's objection to Magistrate Judge Creatura's report and recommendation ("R&R") is 19 pages long. (*See* Dkt. No. 51.) Under LCR 72, an objection to an R&R shall not exceed 12 pages. Plaintiff never asked for the Court's permission to exceed this page limit, *see* LCR 7(f), and it is evident that the brief could, with appropriate effort, have been edited to fit within the limit. (*See, e.g.*, Dkt. No. 51 at 1–7 (seven pages devoted to introductory and background sections), 13, 17 (repetitive discussion of the same precedent case).) Defendants have already responded (Dkt. No. 52), however, and should not be forced to incur additional expense to file an amended response due to Plaintiff's noncompliance with the page limit.

Accordingly, it is hereby ORDERED as follows:

1. The parties' cross-objections (Dkt. Nos. 50, 51) to the R&R are hereby RE-NOTED to June 17, 2022.

2. No later than Wednesday, June 15, 2022, Plaintiff will file (1) a revised brief that complies with the page limit; and (2) a redline version showing the differences between the revised brief and the current, over-length version.

3. Plaintiff's revisions must aim solely to reduce the length of the brief; to obviate the need for Defendants to file an amended response brief, Plaintiffs' revisions must not make substantive changes to Plaintiff's arguments or raise any new issues, argument, or authority.

4. If Plaintiff fails to strictly comply with this minute order, the Court may order further remedial measures as needed to enforce compliance.

DATED this 10th day of June 2022.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk