THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOWHEAD OPERATIONS & MAINTENANCE SOLUTIONS LLC,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>ENDURANCE AMERICAN INSURANCE CO, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C21-0909-JCC-JRC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related deadlines (Dkt. No. 56). The Court, having reviewed the files and records herein, finds good cause exists to continue the trial date and related deadlines, and hereby ORDERS the following:

1. The deadline for Plaintiff's expert disclosures is continued to December 1, 2022;
2. The deadline for Defendants' expert disclosures is continued to January 3, 2023;
3. The deadline for rebuttal expert disclosures is continued to February 3, 2023;
4. The discovery cutoff is continued to March 1, 2023;
5. The deadline to file dispositive motions is continued to March 31, 2023;

6.  The deadline to file motions *in limine*, if any, is May 5, 2023;

7.  The pretrial order is due May 19, 2023;

8.  Trial briefs, proposed voir dire, joint proposed jury instructions, and exhibits are due by June 13, 2023; and

9.  The trial date is continued to June 20, 2023.

DATED this 7th day of July 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
