# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BOWHEAD OPERATIONS & MAINTENANCE SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ENDURANCE AMERICAN INSURANCE CO, *et al.*,<br><br>Defendants. | CASE NO. 2:21-cv-00909-JCC-JRC<br><br>ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES |

This matter is before the Court on referral from the district court and on the parties' stipulated motion to continue the trial date and other pretrial deadlines. *See* Dkt. 65

The matter is currently before the Ninth Circuit on interlocutory appeal. *See* Dkts. 60–63. The Court finds good cause to continue the deadlines in this matter and grants the parties' motion. The scheduling order in this matter is amended as follows:

| Event | Prior Deadline | Amended Deadline |
|---|---|---|
| Trial | June 20, 2023 | March 18, 2024 |

| | | |
|---|---|---|
| Plaintiffs' Expert Disclosures under Fed. R. Civ. P. 26(a)(2) | December 1, 2022 | October 2, 2023 |
| Defendant's Expert Disclosures under Fed R. Civ. P. 26(a)(2) | January 3, 2023 | October 20, 2023 |
| Rebuttal Expert Disclosure | February 3, 2023 | November 6, 2023 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | | |
| Discovery completed by | March 1, 2023 | November 30, 2023 |
| All dispositive motions must be filed by (*see* LCR 7(d)) | March 31, 2023 | December 29, 2023 |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing. Motions in limine raised in trial briefs will not be considered. | May 5, 2023 | February 2, 2024 |
| Agreed LCR 16.1 Pretrial Order due | May 19, 2023 | February 16, 2024 |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | June 13, 2023 | March 11, 2024 |

All other deadlines remain the same.

Dated this 6th day of December, 2022.

_____
J. Richard Creatura
Chief United States Magistrate Judge