THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOWHEAD OPERATIONS & MAINTENANCE SOLUTIONS LLC,<br><br>          Plaintiff,<br>     v.<br><br>ENDURANCE AMERICAN INSURANCE CO., *et al.*,<br><br>          Defendants. | CASE NO. C21-0909-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for dismissal (Dkt. No. 99). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice and without further recovery by any party. The Clerk is DIRECTED to close this case.

//

//

//

MINUTE ORDER
C21-0909-JCC
PAGE - 1

DATED this 15th day of February 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C21-0909-JCC
PAGE - 2